IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:12-cv-162-BO

UNITED STATES OF AMERICA, ex rel., )
KENNETH LYN LOHR, STATE OF NORTH )
CAROLINA, EX REL KENNETH LYN LOHR, )
                                   )    ORDER
       Plaintiffs,    )
                                   )
v.                                  )
                                   )
CRYSTAL COAST MEDICAL TRANSPORT,  )
                                   )
       Defendant.    )

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. the Relator's complaint, the Government's Notice of Intervention, and this Order be unsealed;

2. the United States file its amended Complaint and serve it upon defendant within 60 days, along with a copy of this Order;

3. all other papers or Orders on file in this matter shall remain under seal; and

4. the seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED THIS 21 day of December, 2013.

_____
TERRENCE W. BOYLE
United States District Judge