IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CV-162-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ex rel. KENNETH LYN LOHR, ) | ORDER |
| ) | |
| Relator, ) | |
| v. ) | |
| ) | |
| CCMT, INC. d/b/a CRYSTAL ) | |
| COAST MEDICAL TRANSPORT, ) | |
| ) | |
| Defendant. ) | |

For good cause being shown upon the United States' Unopposed Motion to Stay Discovery for Sixty Days, filed May 9, 2014,

IT IS HEREBY ORDERED that the United States' motion is GRANTED.

IT IS FURTHER ORDERED that the civil proceeding is hereby stayed for sixty (60) days from the date of filing of this Order.

ORDERED this 16 day of May, 2014.

TERRENCE W. BOYLE
United States District Judge