IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CV-162-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>ex rel. KENNETH LYN LOHR, )<br>)<br>Relator, )<br>v. )<br>)<br>CCMT, INC. d/b/a CRYSTAL )<br>COAST MEDICAL TRANSPORT, )<br>)<br>Defendant. ) | ORDER |

For good cause being shown upon the United States' Unopposed Motion to Stay Discovery for Ninety Days, filed July 14, 2014,

IT IS HEREBY ORDERED that the United States' motion is GRANTED.

IT IS FURTHER ORDERED that the civil proceeding is hereby stayed for ninety (90) days from the date of filing of this Order.

ORDERED this __5__ day of __August__, 2014.

_____
TERRENCE W. BOYLE
United States District Judge