IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CV-162-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| ex rel. KENNETH LYN LOHR, | ) ) | ORDER |
| Relator, | ) ) | |
| v. | ) ) | |
| CCMT, INC. d/b/a CRYSTAL COAST MEDICAL TRANSPORT, | ) ) ) | |
| Defendant. | ) | |

For good cause being shown upon the United States' Unopposed Motion to Stay Discovery for 120 Days, filed November 4, 2014,

IT IS HEREBY ORDERED that the United States' motion is GRANTED.

IT IS FURTHER ORDERED that the civil proceeding is hereby stayed for 120 days from the date of filing of this Order.

ORDERED this **10** day of **November** 2014.

TERRENCE W. BOYLE
United States District Judge