IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CV-162-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| ex rel. KENNETH LYN LOHR, | ) | ORDER |
| | ) | |
| Relator, | ) | |
| v. | ) | |
| | ) | |
| CCMT, INC. d/b/a CRYSTAL | ) | |
| COAST MEDICAL TRANSPORT, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause being shown upon the United States' Unopposed Motion to Stay Discovery for Ninety Days, filed March 12, 2015,

IT IS HEREBY ORDERED that the United States' motion is GRANTED.

IT IS FURTHER ORDERED that the civil proceeding is hereby stayed for ninety (90) days from the date of filing of this Order.

ORDERED this _16_ day of _April_, 2015.

TERRENCE W. BOYLE
United States District Judge