UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CV-162-BO

| | |
|---|---|
| **United States of America**, | |
| Plaintiff, | |
| ex rel. **Kenneth Lyn Lohr**, | |
| Relator, | **Order** |
| v. | |
| **CCMT, Inc. d/b/a Crystal Coast Medical Transport**, | |
| Defendant. | |

The Government requests that the court modify the Scheduling Order previously entered in this action to eliminate the requirement that the parties engage in mediation and various mediation-related deadlines. Given the statement in the Parties' Joint Proposed Discovery Plan that "[s]ettlement is possible and is being evaluated by the parties[,]" (D.E.60 at 4) it appears that this matter could benefit from some form of alternative dispute resolution.

Therefore, the court, in its discretion, has determined that the motion should be granted in part and denied in part. It is ordered that the parties are exempted from the requirement that the designate a mediator within 21 days of the Court's Scheduling Order. It is further ordered that the parties shall engage in mediation (or another approved form of alternative dispute resolution) prior to the dispositive motion deadline. All other deadlines in the Scheduling Order remain in effect.

Dated: November 16, 2015.

_Robert T. Numbers II_
_____
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE